UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STACCATO CARLOS VALENTINO, BLAKELY, a/k/a Stiletto Carlucci Luciano,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner JOAN FABIAN,<br>Commissioner DENNIS BENSON, and<br>Commissioner ERIK SKON,<br><br>    Defendants. | Civil No. 05-2985 MJD/SRN<br><br><br><br>ORDER |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 6, 2006.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

This action is SUMMARILY DISMISSED WITHOUT PREJUDICE.


DATED: March 01, 2006.

s / Michael J. Davis
Judge Michael J. Davis
United States District Court Judge

1